JAMES ROSENFELD (admitted *pro hac vice*)
  jamesrosenfeld@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
JOEL L. RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
VOX MEDIA, LLC

JEREMY S. GOLDMAN (State Bar No. 306943)
  jgoldman@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 579-9600

KIMBERLY M. MAYNARD (admitted *pro hac vice*)
  kmaynard@fkks.com
REGINA GERHARDT (admitted *pro hac vice*)
  rgerhardt@fkks.com
MOLLY G. ROTHSCHILD (admitted *pro hac vice*)
  mrothschild@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
28 Liberty Street, 35th Floor
New York, New York 10005
Telephone: (212) 980-0120

Attorneys for Plaintiffs
POLYGON LABS SERVICES (DELAWARE) INC. and PT SERVICES DMCC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POLYGON LABS SERVICES (DELAWARE) INC. and PT SERVICES DMCC,<br><br>  Plaintiffs,<br><br>vs.<br><br>VOX MEDIA, LLC,<br><br>  Defendant. | Case No. 2:23-cv-02412-FMO-BFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 31, 2023<br>Current trial Date: September 27, 2024 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Polygon Labs Services (Delaware) Inc. and PT Services DMCC ("Plaintiffs") and Defendant VOX Media, LLC ("Defendant" and collectively, with Plaintiffs, the "Parties") by and through their attorneys of record, Frankfurt Kurnit Klein + Selz, PC, for Plaintiffs, and Davis Wright Tremaine LLP, for Defendant, hereby stipulate to the dismissal with prejudice of the above-captioned action. Each party shall bear its own attorney's fees, costs, and expenses.

**IT IS SO STIPULATED.**

DATED: November 29, 2023

FRANKFURT KURNIT KLEIN + SELZ, P.C.
KIMBERLY M. MAYNARD
JEREMY S. GOLDMAN
REGINA GERHARDT
MOLLY G. ROTHSCHILD

By: */s/ Kimberly Maynard*
Kimberly M. Maynard

Attorneys for Plaintiffs

DATED: November 29, 2023

DAVIS WRIGHT TREMAINE LLP
JAMES ROSENFELD
DIANA PALACIOS
JOEL L. RICHERT

By: */s/ James Rosenfeld*
James Rosenfeld

Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Kimberly M. Maynard, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 29, 2023         FRANKFURT KURNIT KLEIN + SELZ, P.C.

By: /s/ *Kimberly Maynard*
　　Kimberly M. Maynard

Attorneys for Defendant

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

3   Case No. 2:23-cv-02412-FMO(BFMx)
STIPULATION FOR DISMISSAL WITH PREJUDICE