JAMES ROSENFELD (admitted *pro hac vice*)
  jamesrosenfeld@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
JOEL L. RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
VOX MEDIA, LLC

JEREMY S. GOLDMAN (State Bar No. 306943)
  jgoldman@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 579-9600

KIMBERLY M. MAYNARD (admitted *pro hac vice*)
  kmaynard@fkks.com
REGINA GERHARDT (admitted *pro hac vice*)
  rgerhardt@fkks.com
MOLLY G. ROTHSCHILD (admitted *pro hac vice*)
  mrothschild@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
28 Liberty Street, 35th Floor
New York, New York 10005
Telephone: (212) 980-0120

Attorneys for Plaintiffs
POLYGON LABS SERVICES (DELAWARE) INC. and PT SERVICES DMCC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POLYGON LABS SERVICES (DELAWARE) INC. and PT SERVICES DMCC,<br><br>Plaintiffs,<br><br>vs.<br><br>VOX MEDIA, LLC,<br><br>Defendant. | Case No. 2:23-cv-02412-FMO-BFM<br><br>**ORDER ON STIPULATION [40] FOR ENTRY OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Action Filed: March 31, 2023<br>Current trial Date: September 27, 2024 |

Having reviewed the parties' Stipulation for Entry of Dismissal with Prejudice of Entire Action, good cause appearing therefore, the Court Orders as follows:

The entire action in this matter is dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: November 29, 2023

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge